# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Bradley Vernon Mullanix<br><br>*Defendant(s)* | )<br>)<br>) Case No.  6:25-mj-30<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 2022__ in the county of __Coos__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Prohibited Person |
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) | Possession with Intent to Distribute Methamphetamine |

This criminal complaint is based on these facts:
The attached affidavit of ATF Special Agent Heidi Wallace, which is incoporated herein

☑ Continued on the attached sheet.

/s/ Heidi Wallace via Telephone
*Complainant's signature*

Heidi Wallace, Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  2/6/25

City and state:  Medford, Oregon

Mark D. Clarke, U.S. Magistrate Judge
*Printed name and title*